**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------

SHIVA STEIN,                                    :
                                                :
                        Plaintiff,              :   Civ. No.      1:20-cv-03716-RA
                                                :
v.                                              :
                                                :
STEMLINE THERAPEUTICS, INC., RON                :
BENTSUR, IVAN BERGSTEIN, M.D.,                  :
DARREN CLINE, ALAN FORMAN,                      :
DANIEL HUME, MARK SARD, and                     :
KENNETH ZUERBLIS,                               :
                                                :
                        Defendants.             :
.                                               :
--------------------------------------------------------   :

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-

captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed

with the Court before service by Defendants of either an answer or a motion for summary

judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  June 3, 2020                            Respectfully submitted,

                                                **WOLF HALDENSTEIN ADLER**
                                                **FREEMAN & HERZ LLP**

                                                /s *Gloria Kui Melwani*
                                                Gloria Kui Melwani (GM5661)
                                                270 Madison Avenue
                                                New York, New York 10016
                                                Tel:  (212) 545-4600
                                                Fax: (212) 686-0114
                                                Email:  melwani@whafh.com
                                                *Attorneys for Plaintiff*

SO ORDERED.

Hon. Ronnie Abrams
6/4/2020